Jamise Jermaine CALLOWAY, Plaintiff–Appellant,

v.

CONTRA COSTA COUNTY JAIL CORRECTIONAL OFFICERS; et al., Defendants–Appellees.

No. 07–15305.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 10, 2007.*

Filed Sept. 13, 2007.

Jamise Jermaine Calloway, Vacaville, CA, pro se.

Gregory C. Harvey, Bernard L. Knapp, Esq., Office of County Counsel, Martinez, CA, W. David Walker, Craddick, Candland and Conti, Danville, CA Trace O. Maiorino, Esq., Office of the California Attorney General, San Francisco, CA, for Defendants–Appellees.

Before: PREGERSON, KOZINSKI and THOMAS, Circuit Judges.

MEMORANDUM **

A review of the response to the court's June 12, 2007 order to show cause and the opening brief indicates that the questions

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

Before: PREGERSON, KOZINSKI and THOMAS, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.